# UNITED STATES DISTRICT COURT
для the
District of Massachusetts

| United States of America | ) | |
| v. | ) | |
| Catherine Leavy | ) | Case No. |
| | ) | 22-5280-JGD |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **August 30, 2022** in the county of **Suffolk** in the District of **Massachusetts**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(e) | Explosive Materials - Willfully Making a False Bomb Threat |

This criminal complaint is based on these facts:

See Attached Affidavit of FBI Special Agent Brian Gutierrez

☑ Continued on the attached sheet.

*Complainant's signature*

FBI Special Agent Brian Gutierrez
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/15/2022

*Judge's signature*

City and state: Boston, MA — Honorable Judith G. Dein, U.S. Magistrate Judge
*Printed name and title*